# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YASET LOUIS VASQUEZ, | |
| Plaintiff, | 8:19CV157 |
| vs. | |
| KRAFT FOODS GROUP, INC., | ORDER |
| Defendant. | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. §455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. §455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 3rd day of June, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge