IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YASET LOUIS VASQUEZ, | 8:19-CV-157 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| KRAFT FOOD GROUPS, INC., | |
| Defendant. | |

On the parties' Joint Stipulation to Dismiss with Prejudice ([filing 14](filing 14)), this case is dismissed with prejudice, each party to bear their own costs.

Dated this 10th day of October, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge